■ JANUS PETROLEUM, INC., Respondent, v JOHN QUADROZZI et al., Appellants, et al., Defendant. [614 NYS2d 238] —In an action to recover for goods sold and delivered, the defendants John Quadrozzi, Quadrozzi Concrete Co., New York Cement Co., Quadrozzi Concrete Corp., and Maspeth Concrete Loading Corp. appeal, from a judgment of the Supreme Court, Kings County (Yoswein, J.), dated June 18, 1992, which, after a nonjury trial, is in favor of the plaintiff and against them in the principal sum of $61,666.76.

Ordered that the judgment is affirmed, without costs or disbursements.

We agree with the Supreme Court that an enforceable

agreement existed between the plaintiff and the appellants. The appellants' words and conduct in light of the surrounding circumstances evidenced a course of dealing which would lead a reasonable person to believe the parties intended an agreement (see, Land-Site Contr. Corp. v Marine Midland Bank, 177 AD2d 413; Saunders v Big Bros., 115 Misc 2d 845; see also, Recon Car Corp. v Chrysler Corp., 130 AD2d 725). The plaintiff was properly awarded judgment in its favor and against the appellants in the principal sum of $61,666.76, with interest from April 16, 1990.

We have reviewed the appellants remaining contentions and find them to be without merit. Mangano, P. J., Thompson, O'Brien and Florio, JJ., concur.